IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRY A. SLAUGHTER,

    Plaintiff,                       No. CIV S-03-1068 FCD GGH PS

    vs.

LONNIE RENFROE,

    Defendant.                     <u>ORDER</u>

_____/

        On July 21, 2005, and August 8, 2005, plaintiff filed two letters with this court. This matter was closed on August 20, 2003. The filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded. If plaintiff wishes to file a new action, she may do so by filing a new complaint in compliance with the Local Rules and Federal Rules of Civil Procedure.

        IT IS SO ORDERED.

DATED: 10/6/05

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mb
Slaughter1068.ord

1